UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLIVER BUENO,

                Plaintiff,          Case No. 1:25-cv-00730-VSB

-against-

JAY D. KUHLMAN AND JAY D. KUHLMAN,    **STIPULATION AND ORDER**
DVM, D/B/A GRAMERCY PARK ANIMAL
HOSPITAL,

                Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including April 25, 2025.

IT IS FURTHER STIPULATED AND AGREED, that Defendants waive the defense of improper service of process.

IT IS FURTHER STIPULATED AND AGREED, that the parties hereby consent to electronic service of all documents per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

This stipulation may be executed and distributed by facsimile or PDF. A copy of such signatures shall be deemed an original for all purposes. This stipulation may be filed with the Court without further notice.

Dated: New York, New York
       March 25, 2025

| HANSKI PARTNERS LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: __/s/ Robert G. Hanski____<br>Robert G. Hanski, Esq.<br>*Attorneys for Plaintiff*<br>85 Delancey Street<br>New York, New York 10002<br>(212) 248-7400<br>rgh@disabilityrightsny.com | By: /s/ Peter T. Shapiro_____<br>Peter T. Shapiro, Esq.<br>Victoria M. Scaglione, Esq.<br>*Attorneys for Defendants*<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>(212) 232-1300<br>Peter.Shapiro@lewisbrisbois.com<br>Victoria.Scaglione@lewisbrisbois.com |

APPLICATION GRANTED
SO ORDERED _[signature]_
VERNON S. BRODERICK
U.S.D.J.

Date: March 26, 2025

For future extension requests, the parties are directed to
Rule 1.G of my Individual Rules & Practices in Civil Cases.