UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   OLIVER BUENO,

                       Plaintiff,

              -against-

   JAY D. KUHLMAN, *et al.*,

                      Defendants.
------------------------------------------------------------X

25-CV-730 (VSB) (BM)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement.  (*See* Doc. 12.)  Accordingly, it is hereby:

      ORDERED that the initial pretrial conference scheduled for July 9, 2025 and the July 2, 2025 deadline for the joint pre-conference statement are adjourned sine die.

      IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 2, 2025
       New York, New York

                                               Vernon S. Broderick
                                               United States District Judge